IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA ) FILED UNDER SEAL
FOR STORED ELECTRONIC )
COMMUNICATIONS (TEXT MESSAGES) OF )
TELEPHONE NUMBER (540) 393-1522 )
PURSUANT TO 18 U.S.C. §§ 2703(a), )
2703(b)(1)(A) and 2703(c)(1)(A) )

## AFFIDAVIT IN SUPPORT OF
## SEARCH WARRANT APPLICATION
## AND SEARCH WARRANT

### INTRODUCTION

I, Jason Thompson, depose and say as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since February 2004. I have received training in the area of the current investigation and detection of controlled substance traffickers. I have conducted and assisted in investigations into the unlawful possession, possession with the intent to distribute, and distribution of controlled substances, and the associated conspiracies in violation of Title 21, United States Code Sections 841 (a)(1), and 846. I have participated in the preparation and execution of numerous arrest and search warrants for criminal offenses involving distribution of controlled substances, and conspiracy to distribute controlled substances. Furthermore, I have authored the initial and extension affidavits regarding a Title III interception of wire and electronic communications. I have coordinated and conducted surveillance in conjunction with an active Title III investigation. I have also spoken on numerous occasions with informants, suspects, and other experienced narcotics traffickers concerning the methods and practices of drug traffickers, including the methods and practices used by drug traffickers.

I am familiar with the methods in which drug traffickers conduct their illegal activities to include communication methods, asset management, and narcotic transactions.

2. Through my training and experience, I am familiar with the drug culture in and around the Southwest Virginia Area.

3. The information contained within this affidavit is based on my personal experience as well as on information provided to me by other federal agents, local police officers, and confidential sources. Your affiant is aware that narcotic traffickers often keep drugs, firearms, and records in their residences regarding the purchase and sale of controlled substances. Such persons also keep telephone call/text/voicemail data records on their cellular device, records regarding home telephone billings, cellular telephone billings, travel (airline, hotel and rental car) receipts, money transfers, and ledgers with pay/owe information, firearms, ammunition, and any other documentation that can identify controlled drug sales/purchases and unknown co-conspirators. All of these items have significant evidentiary value in demonstrating involvement in drug trafficking.

4. I make this affidavit in support of an application for a search warrant for a certain account controlled by Cellco Partnership dba Verizon Wireless (hereinafter "Verizon Wireless"), a cellular provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey, 07921. The account, **(540) 393-1522**, is from TracFone Wireless, Incorporated; however, it is being maintained on the Verizon Wireless servers. The account to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Verizon Wireless to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the

contents of communications. Telephone number **(540) 393-1522** was being utilized to contact drug associates and conduct drug/money transactions in the Western District of Virginia and elsewhere. Telephone number **(540) 393-1522** is a cellular telephone utilized by Timothy CRAGHEAD (hereinafter referred to as CRAGHEAD), who is believed to be a narcotics distributor operating in the Western District of Virginia.

5. I have personally participated in the investigation set forth below. The facts and information contained in this affidavit are based on my personal knowledge, as well as knowledge and information obtained from federal and state law enforcement officers. All observations referenced in this affidavit that were not personally made were relayed to me by the person(s) who made such observations, or by reports that detailed the events described by that person(s). The investigation has utilized a Confidential Source (CS) and an Undercover Agent (UC). One of the Confidential Sources (hereinafter CS 1) has provided information against their penal interest and that information has been corroborated by independent sources. The Undercover Agent (hereinafter UC) has conducted controlled purchases during the course of this investigation as set forth below.

6. This affidavit does not contain every fact known to me regarding this investigation, but rather contains information sufficient to demonstrate probable cause to believe that CRAGHEAD, is engaged in a conspiracy to violate federal drug laws—to wit: conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, and distribution of methamphetamine, in violation of 21 U.S.C. § 841; offenses involving the use of communications facilities in commission of narcotics offenses, in violation of 21 U.S.C. § 843(b); as well as the identification of individuals who are engaged in the commission of these offenses. Since this affidavit is being submitted for the limited purpose of securing a search

warrant for the stored electronic communications, specifically text messages associated with the cellular telephone bearing telephone number **(540) 393-1522**, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in reaching my conclusion that the requested search warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

7. Your affiant respectfully submits that probable cause exists to believe that CRAGHEAD utilized telephone number **(540) 393-1522** to violate federal drug laws, and that a search of the stored electronic communications, specifically text messages, will lead to evidence concerning these offenses.

## STATEMENT OF PROBABLE CAUSE

8. Beginning in approximately April 2019, DEA Roanoke began investigating the drug trafficking activities of CRAGHEAD after law enforcement received information that CRAGHEAD was involved in the distribution of methamphetamine.

9. In approximately June 2019, investigators conducted an interview of a Confidential Source (hereinafter CS 1). CS 1 stated that during the approximate time of mid-2018 through mid-2019, Timothy CRAGHEAD was a methamphetamine Source of Supply for him/her. CS 1 stated he/she purchased methamphetamine from CRAGHEAD on a weekly basis. CS 1 stated that during the above time period he/she called telephone number **(540) 393-1522** to contact CRAGHEAD to pre-arrange and conduct the drug transactions.

10. In July 2019, an Undercover Agent (hereinafter UC), acting under the direction of the DEA Roanoke RO, contacted CRAGHEAD on telephone number **(540) 393-1522** and pre-arranged a transaction for the purchase of 14 grams of methamphetamine. The UC contacted CRAGHEAD on multiple occasions via text messaging to this number to successfully complete

the purchase of 14 grams of methamphetamine from CRAGHEAD. The text messages between CRAGHEAD and the UC were recorded.

11. In July 2019, an Undercover Agent (hereinafter UC), acting under the direction of the DEA Roanoke RO, contacted CRAGHEAD on telephone number **(540) 393-1522** and pre-arranged a second transaction for the purchase of 14 grams of methamphetamine. The UC contacted CRAGHEAD on multiple occasions via text messaging to successfully complete the purchase of 14 grams of methamphetamine from CRAGHEAD. The text messages between CRAGHEAD and the UC were recorded.

12. In August 2019, an Undercover Agent (hereinafter UC), acting under the direction of the DEA Roanoke RO, contacted CRAGHEAD on telephone number **(540) 393-1522** and pre-arranged a transaction for the purchase of 2 ounces of methamphetamine. The UC contacted CRAGHEAD on multiple occasions via text messaging to successfully complete the purchase of the 2 ounces of methamphetamine from CRAGHEAD. The text messages between CRAGHEAD and the UC were recorded

13. A records check of **(540) 393-1522** showed that there was no subscriber name or address listed. It is known to investigators that drug traffickers utilize cellular telephone accounts with no names and/or provide false account information to avoid detection by law enforcement. CRAGHEAD is known to have multiple telephones in his possession and frequently disconnect or "drop" cellular phones.

14. In my training and experience, I have learned that Verizon Wireless is a company that provides cellular telephone access to the general public, and that stored electronic communications, including retrieved and un-retrieved voicemail and text messages for Verizon Wireless and TracFone Wireless, Incorporated. Further, I am aware that computers located at

Verizon Wireless contain information and other stored electronic communications belonging to other unrelated third parties.

15. Among the services commonly offered by wireless phone providers is the capacity to send short text or multimedia messages (photos, audio, or video) from one subscriber's phone or wireless device to another phone or wireless device via one or more wireless providers. This service is often referred to as "Short Message Service" ("SMS") or "Multimedia Messaging Service" ("MMS"), and is often referred to generically as "text messaging" or "wireless messaging."

16. Based upon this analysis and the information outlined in this affidavit, your affiant believes that CRAGHEAD utilized **(540) 393-1522** to further his illegal activities and that evidence of these illegal activities will be found in the stored electronic communications for this telephone number.

_____
Jason Thompson, Special Agent
Drug Enforcement Administration

Sworn to before me this 12 day of September 2019.

_____
HONORABLE ROBERT S. BALLOU
United States Magistrate Judge
Western District of Virginia